FILED

JAN - 3 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JASON COLGAN,<br>Defendant. | Criminal Case No. 08CR0029-WQH<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of marijuana (Felony) |

The United States Attorney charges:

On or about December 5, 2007, within the Southern District of California, defendant JASON COLGAN, did knowingly and intentionally import approximately 24.1 kilograms (53.02 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/3/08.

KAREN P. HEWITT
United States Attorney

for DAVID D. LESHNER
Assistant U.S. Attorney

DDL:rp:San Diego
12/18/07