# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Jason Colgan )
)
)
)

CASE NUMBER 08CR0029-WQH

ABSTRACT OF ORDER

Booking No. 0666298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4/1/08

the Court entered the following order:

_________ Defendant be released from custody.

_________ Defendant placed on supervised / unsupervised probation / supervised release.

_________ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_________ Defendant released on $_________ bond posted.

_________ Defendant appeared in Court. FINGERPRINT & RELEASE.

X Defendant remanded and ( X bond) ( _________ bond on appeal) exonerated.

_________ Defendant sentenced to TIME SERVED, supervised release for _________ years.

_________ c.c. judgment Court of Appeals ( _______ affirming) ( _______ reversing) decision of this Court:

_______ dismissing appeal filed.

_________ Bench Warrant Recalled.

_________ Defendant forfeited collateral.

_________ Case Dismissed.

_________ Defendant to be released to Pretrial Services for electronic monitoring.

_________ Other. _________

_________________________
UNITED STATES MAGISTRATE JUDGE

OR

Received [signature] DUSM

W. SAMUEL HAMRICK, JR. Clerk
by [signature] Deputy Clerk

Crim-9 (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY